IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DEAN COLEVILLE

        Plaintiff

v.

COMMISSIONER OF SOCIAL
SECURITY

        Defendant

CIVIL ACTION
NO. 13-6530

## ORDER

**AND NOW**, this 20th day of January, 2015, upon consideration of the Plaintiff's Request for Review (Doc. No. 15)[1], Defendant's Response to Request for Review of Plaintiff (Doc. No. 18), and the Report and Recommendation of Chief United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 20), to which no objections were filed, it is ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is DENIED;

3. Judgment is entered in favor of Defendant, Commissioner of Social Security and against Plaintiff, Dean Coleville; and

4. The Clerk of Court shall mark this case closed.

                                                        BY THE COURT:

                                                        /s/Gerald J. Pappert
                                                        GERALD J. PAPPERT, J.

---

[1] Plaintiff's Request for Review was improperly styled as a motion for summary judgment.